IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 94-cr-00284-01-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

David Howard Neville,

        Defendant.

---

ORDER TO RELEASE PRESENTENCE INVESTIGATION REPORT

---

    It is hereby ordered that the presentence investigation report in the above-captioned matter shall be released to the U.S. Probation Office in Tucson, Arizona, for the purpose of facilitating supervision of the defendant in their district.

    DATED at Denver, Colorado, this 30 day of August, 2007.

BY THE COURT:

_____
Richard P. Matsch
Senior United States District Judge